

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-13-00347-CV

Style:        Kilgore Exploration, Inc.

        **v.** Apache Corporation

Date motion filed[*]:        August 2, 2013

Type of motion:        Motion for extension of time to file reporter's record

Party filing motion:        Court reporter

Document to be filed:        Reporter's record

Is appeal accelerated?        No

If motion to extend time:
        Original due date:        May 27, 2013
        Number of previous extensions granted:        2        Current Due date:  July 31, 2013
        Date Requested:        August 9, 2013

Ordered that motion is:

        ☑        Granted

                If document is to be filed, document due:  August 9, 2013

                ☑        The Court will not grant additional motions to extend time absent extraordinary circumstances.

        ☐        Denied

        ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

        ☐        Other: _____

        _____
        _____
        _____
        _____

Judge's signature:  /s/ Terry Jennings
                ☑        Acting individually        ☐        Acting for the Court

Panel consists of  _____

Date: August 12, 2013

November 7, 2008 Revision